JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTINA O.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. SA CV 26-1366-MRA(E)

**JUDGMENT**

IT IS HEREBY ADJUDGED that Judgment shall be entered dismissing this action without prejudice.

DATED: October 30, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.